# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2014 NOV 24  P 1:59
U.S. DISTRICT COURT
HARTFORD CT

## PETITION PURSUANT TO 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

Vince Hancock, **Petitioner,**
**Full Name and Prisoner Number**
Federal Register # 20816-014
**Complete Prison Address (Place of Confinement)**

Federal Correctional Institution - Danbury
33 1/2 Pembroke Road
Danbury, CT 06811-3099

Case No. 3:14CV1751 VLB
(To be supplied by the Court)

v.

United States of America, Respondent

## CONVICTION UNDER ATTACK

(If petitioner is attacking a sentence based on a federal conviction to be served in the future, the petition should be filed in the federal court which entered the judgment.)

1) Name and location of the court which entered the judgment of conviction under attack: United States District Court for the District of Connecticut

2) Date judgment of conviction was entered September 6, 2012

3) Case number 3:12-cr-00015-VLB-1

4) Length and term of sentence 151 months, 36 months Supervised Release

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?  Yes ___  No _x_

6) Name of judge who imposed sentence under attack in this petition <u>Vanessa L. Bryant</u>

7) Nature of the offense involved (all counts) <u>Counts 1,2,3,4,5,6, and 8 are drug charges; Counts 7 and 9 are Firearm charges; Counts 10 and 11 are Forfeiture Counts</u>

8) What was your plea? (check one)
   Not guilty ___  Guilty _x_  Nolo Contendere ___

9) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

<u>Plea Agreement was guilty to Count 4 only. The Agreement is on file.</u>

<u>The remaining charges were dismissed at sentencing.</u>

10) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement <u>Guilty only to Count 4 of the Indictment. The remaining drug and Firearm charges were dismissed at sentencing.</u>

11) Kind of trial (check one)   Jury ___   Judge only ___   Not Applicable

12) Did you testify at trial?  Yes ___ No ___   Not Applicable

## DIRECT APPEAL

13) Did you appeal from the judgment of conviction?   Yes _x_  No ___

14) If you did appeal, answer the following questions:
   (a) Give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): <u>United States Court of Appeals for the Second Circuit, seated in New York. Case Number 12-3638. Decided August 23, 2013.</u>

(b) State the issues raised: Resentence to reasonable and lesser term.

15) If you did not appeal, explain briefly why you did not: _____

Not Applicable

## POST-CONVICTION PROCEEDINGS

16) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?     Yes ___ No _x_

17) If your answer to 16 was "Yes," give the following information:

   a) FIRST petition, application or motion.

   1. Name of court ___ Not Applicable

   2. Nature of proceeding ___ Not Applicable

   3. Claims raised ___ Not Applicable

   4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___ Not Applicable

   5. Result ___ Not Applicable

   6. Date of result ___ Not Applicable

   7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No_N/A_ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

   Not Applicable

8. If you did not appeal, briefly explain why you did not _____

_____ Not Applicable _____

b) As to any SECOND petition, application or motion, give the following information:

    1. Name of court ___ Not Applicable ___

    2. Nature of proceeding ___ Not Applicable ___

    3. Claims raised ___ Not Applicable ___

    4. Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __   Not Applicable

    5. Result ___ Not Applicable ___

    6. Date of result ___ Not Applicable ___

    7. Did you appeal the result to the federal appellate court having jurisdiction? Yes __ No N/A If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_____ Not Applicable _____

    8. If you did not appeal, briefly explain why you did not _____

_____ Not Applicable _____

c) As to any THIRD petition, application or motion, give the following information:

    1. Name of court ___ Not Applicable ___

    2. Nature of proceeding ___ Not Applicable ___

3. Claims raised ___Not. Applicable___

4. Did you receive an evidentiary hearing on your petition, application or motion?  Yes ___ No ___     Not Applicable

5. Result ___Not Applicable___

6. Date of result ___Not Applicable___

7. Did you appeal the result to the federal appellate court having jurisdiction?  Yes ___ No N/A  If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

___Not Applicable___

8. If you did not appeal, briefly explain why you did not ___

___Not Applicable___

## CLAIMS

18) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

**Claim One:** The Petitioner is claiming the Ineffective Assistance of Trial Counsel for the attached reasons. See also Brief Attached.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

See Attached and Brief.

**Claim Two:** Changes in the case law of the United States Supreme Court while the Direct Appeal was pending and since the Appeal was decided which impact the proceedings of the Petitioner.

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

See Attached and Brief.

## Hancock Issues Attachment

1) A) Counsel failed to file any pre-trial Motions including: Violation of 18 USC § 3161(b) (Speedy Trial Act) and the Fifth Amendment; Government did not charge 21 USC § 851 in Indictment and a plain reading of the statute shows that the Petitioner's sentence was improperly enhanced; the Petitioner was also improperly enhanced for a Firearm in accordance with the specific United States Sentencing Guidelines Application Note which cautions against the enhancement for the case before the Court.

   B) Failing to argue that the State of Connecticut forum shopped this case to the United States Government against the principles espoused by the United States Supreme Court on Forum Shopping.

2) Cases of Alleyne, Descamps, and Bond have been decided since the Petitioner's sentencing.

**Claim Three:** _____ Not Applicable _____

_____

_____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

Not Applicable

19) If any of the claims listed in 16 were not previously presented, state briefly what claims were not so presented, and give your reasons for not presenting them: _____

None of the claims presented were previously adjudicated as for the

Ineffective Assistance of Counsel for failing to argue those he could.

20) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack?
   Yes __ No x . If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding: _____

_____ Not Applicable _____

_____

### SUCCESSIVE PETITIONS

21) If you have filed a prior petition and are raising in this petition a claim which you did not present in a prior petition or motion, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider the petition. Yes __ No __. Please attach a copy of the order. Not Applicable

Rev. 2/18/09                                    7

## LEGAL REPRESENTATION

22) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Gary D. Weinberger   Federal Public Defender's Office, Hartford, Connecticut

(b) At arraignment and plea   Same

(c) At trial   Not Applicable

(d) At sentencing   Same

(e) On appeal   Georgia J Hinde, Esq   228 Park Avenue South   Suite 33276   New York, New York   10003

(f) In any post-conviction proceeding   Not Applicable

(g) On appeal from any adverse ruling in a post-conviction proceeding   Not Applicable

## OTHER CONVICTIONS

23) Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time?  Yes __  No _x_

24) Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?  Yes __  No _x_

(a) If so, give name and location of court which imposed sentence to be served in the future   Not Applicable

(b) and give date and length of service to be served in the future _____

<u>                          Not Applicable                          </u>

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ___ No ___

Not Applicable

Wherefore, petitioner prays that the Court grant him such relief to which he may be entitled in this proceeding. I am also asking for the appointment of competent legal counsel to assist in the prosecution of this Motion, in my case.

<u> Not Applicable </u>                    _____/s/ Vince Vancook_____
Signature of Attorney (if any)          **Petitioner's Original Signature**

                                        <u> 20816-014 </u>
                                        Petitioner's Inmate Number


<u> Not Applicable </u>
Attorney's Full Address and
Telephone Number



### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at <u>FCI-Danbury</u> on <u>November 18, 2014</u>
            (Location)              (Date)

_____/s/ Vince Vancook_____
**Petitioner's Original Signature**