UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VINCE HANCOCK, : Civil No. 3:14cv175(VAB)
    Petitioner,
:

V. :

:
UNITED STATES OF AMERICA,
    Respondent. :



## PETITIONER VINCE HANCOCK'S
## MOTION FOR REPLACEMENT COUNSEL

Petitioner Vince Hancock, pro se, most respectfully requests this Honorable Court, appoint Petitioner replacement counsel. Petitioner avers the following in support of this request;

1. This Honorable Court found good cause to appoint counsel in these §2255 proceedings and the Court appointed Francis L. O'Reilly to represent Petitioner in these proceedings.

2. Since the appointment of counsel, Mr. O'Reilly has been highly inattentive to Petitioner's case and has not done his best for Petitioner.

3. On or about July 7, 2017, Attorney O'Reilly filed a motion with this Honorable Cort whereby he requests permission to withdraw.

4. In making said request, counsel made a number of untrue disparaging remarks regarding Petitioner to Petitioner's actual and real prejudice on both a personal level and regarding the facts of Petitioner's underlying claim.

5. Petitioner adamently disputed counsel's disparaging remarks regarding himself personally and the merits of Petitioner's claims.

6. Indeed, the level that counsel took his pleading evidences grave ethical lapses as Mr. O'Reilly was required by his professional obligations to make his point in a manner that would be the least manner prejudicial to his client. He clearly did not adhere to his professional responsibilities in this regard. In fact, counsel went out of his way to prejudice Petitioner and his issues before this Honorable Court.

7. Petitioner is serving a harsh 151 month term of imprisonment.

8. This Honorable Court has found that "good cause" has been shown and the appointment of counsel is required.

9. One of the few accurate statements in Attorney O'Reilly's pleading is that; "there has been a breakdown of the attorney/client relationship and that new counsel should be appointed."

10. The Government will not be prejudiced if Petitioner and counsel's request is granted. Petitioner will suffer irreparable harm if it is not.

For the aforementioned reasons, Petitioner Vince Hancock, pro se, most respectfully request that replacement counsel be appointed.

Very truly yours,

Vince Hancock, pro se
Reg. No. 20816-014
FPC Schuvlkill - Camp 1
P.O. Box 670
Minersville, PA 17954

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I placed a true and correct copy of the instant motion in the institutional depository at FPC Schuylkill, on the 24th day of July, 2017, addressed to counsel listed below;

> AUSA Marc Silverman
> 157 Church Street, 23rd Floor
> New Haven, CT 06510

> Francis L. O'Reilly, Esquire
> 167 Old Post Road
> Southport, CT 06890

*Vince Hancock* (signature)
Vince Hancock

Vince Hancock #20816014
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954

Mailed from
Federal Prison Camp
Schuylkill, PA

HARRISBURG PA 171
24 JUL 2017 PM 1 L



⇔20816-014⇔
Clerk Office
U.S Distric Court
915 Lafayette BLVD
Bridgeport, CT 06604
United States

06604-476899